[No. 42217-1-I.  Division One.  January 29, 2001.]

*In the Matter of the Detention of* ROGER C. BISHOP,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-2-26543-8, Robert H. Alsdorf, J., entered February 18, 1998. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, C.J., and Coleman, J.

[No. 43136-6-I.  Division One.  January 29, 2001.]

NARINDER KAUR, *Respondent*, v. IQBAL SINGH GHAG,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-3-00949-2, Norma Smith Huggins, J., entered March 26 and July 14, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 46582-1-I.  Division One.  January 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT CALVERT,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-03925-4, Richard M. Ishikawa, J., entered April 3, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46784-1-I.  Division One.  January 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNESTINE GREENE,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-04893-4, Jeanette R. Burrage, J., entered May 26, 2000. *Reversed* by unpublished per curiam opinion.